UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davood Khademi,<br><br>  Plaintiff,<br><br>  v.<br><br>Legislation of California, et al.,<br><br>  Defendants. | No. 2:23-cv-01861 KJM AC P<br><br>ORDER |

Plaintiff is a county jail inmate proceeding pro se. He seeks relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2023, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 5. Plaintiff has filed objections to the findings and recommendations. ECF No. 6. Plaintiff has also filed an unsolicited application to proceed in forma pauperis. ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 21, 2023 (ECF No. 5), are ADOPTED IN FULL, and

2. Within thirty days from the date of this order, defendant shall pay the filing fee in full prior to proceeding any further with this action.

IT IS FURTHER ORDERED that plaintiff's unsolicited application to proceed in forma pauperis (ECF No. 7) is DENIED.

DATED: January 11, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2