UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEGISLATION OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-1861 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed January 11, 2024, plaintiff was ordered to pay the filing fee within thirty days prior to proceeding any further with this action.  ECF No. 8.  The thirty-day period has now expired, and plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

////

1

time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE